**Order entered July 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00031-CV

**YOUNG YOO, IRVING SUPERMART, L.L.C. AND ACACIA LAS LOMAS, L.L.C.,**
**Appellants**

**V.**

**A-1 MARKETING, INC., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05632**

## ORDER

By letter filed July 15, 2019, court reporter Vielica Dobbins informs the Court appellants has failed to make payment arrangements for the reporter's record of proceedings held July 16, 2018 and September 21, 2018. Accordingly, we **ORDER** appellants to file, no later than August 9, 2019, written verification they have paid or made arrangements to pay the reporter's fee. We caution appellants that failure to comply may result in the appeal being submitted on the reporter's record currently on file.

/s/     KEN MOLBERG
         JUSTICE